**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

MICHAEL REED                                                                                          PLAINTIFF

v.                                        Case No. 2:11-CV-02135

MALONE'S MECHANICAL, INC.                      DEFENDANT/THIRD-PARTY PLAINTIFF

v.

GILBERT PROJECT SERVICES, INC.                              THIRD-PARTY DEFENDANT

## JUDGMENT

On the 20th day of August, 2012, this matter came on for trial to a duly selected jury consisting of eight members, the undersigned presiding. At the completion of the five-day trial, the case was submitted to the jury on interrogatories and a unanimous verdict was reached as to each interrogatory as follows:

**INTERROGATORY NO. 1**: Do you find from a preponderance of the evidence that there was negligence upon that part of Malone's Mechanical, Inc. that was a proximate cause of any damages resulting from the occurrence?

      __     NO     __
      Yes or No

Based upon the jury's answer to the above interrogatory, the jury was not required to complete any remaining interrogatories. The verdict form was signed and dated by the jury foreperson. In accordance with the above verdict, IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiff takes nothing on his Complaint and the matter is DISMISSED WITH PREJUDICE. All parties are to bear their respective costs and attorneys' fees.

IT IS SO ORDERED this 24th day of August, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE